JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIA DAWN MARIE BURNEY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:25-cv-10063-SPG-MBK<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Stipulation to Remand, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case is remanded to the Commissioner of Social Security for further proceedings constituent with the parties' Stipulation to Remand.

**IT IS SO ORDERED.**

DATED: April 20, 2026



_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE